IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS POYE,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CATHERINE DICKENSON, et al.,<br><br>　　　　Respondents.<br>_____/ | 1:09-cv-00327 LJO SMS (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(DOCUMENT #14)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 10, 2009, petitioner filed a motion to extend time to respond to the Order to Show Cause issued on March 11, 2009. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to respond to the Order to Show Cause.

IT IS SO ORDERED.

**Dated:　April 15, 2009**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE